MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

ALLISON MARSTON DANNER (CABN 195046)
Assistant United States Attorney
    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    Telephone: (408) 535-0910
    Fax: (408) 535-5066
    E-Mail: allison.danner@usdoj.gov

Attorneys for the United States

FILED

MAY 1 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS OROZCO,<br><br>    Defendant. | No. CR 12-00268 LHK (HRL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(7)(A)) |

With the agreement of the parties in open court, and with the consent of defendant Jesus Orozco, the Court enters this order documenting exclusion of time from April 26, 2012, through June 6, 2012, under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1). The parties agree, and the Court finds and holds, as follows:

1.   Defendant was indicted on April 18, 2012. On April 24, 2012, defendant made his first appearance before this Court. At that time, the government moved for detention of Mr. Orozco. On April 26, 2012, undersigned defense counsel appeared for Mr. Orozco; Mr. Orozco entered a not guilty plea and was released on an unsecured bond.

2.   At the appearance on April 26, 2012, this Court set June 6, 2012, as the date for the initial appearance before the District Court in this matter. Discovery has not yet been

STA Stipulation
12-00268 LHK

provided to the defense; the government anticipates providing discovery before the June 6, 2012, appearance.

3. At the appearance on April 26, 2012, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence, in this case At the April 26, 2012, appearance, the Court found that the ends of justice served by excluding the period from April 26, 2012, through June 6, 2012, from Speedy Trial Act calculations outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

4. Accordingly, and with the consent of the defendant at the appearance on April 26, 2012, the Court ordered that the period from April 26, 2012, through June 6, 2012, be excluded from Speedy Trial Act calculations. *Id.*

IT IS SO STIPULATED.

DATED: May 3, 2012

\s\
RENEE YVONNE GARDNER
Attorney for Defendant

DATED: May 3, 2012

\s\
ALLISON MARSTON DANNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/10/12

HOWARD R. LLOYD
United States Magistrate Judge

STA Stipulation
12-00268 LHK                               2