MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

JEFF SCHENK (CABN 234355)
AMBER ROSEN (CABN 160380)
Assistant United States Attorneys

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5066
    Jeffrey.b.schenk@usdoj.gov
    Amber.rosen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00268 LHK |
|---|---|
| Plaintiff, | ) **UNITED STATES' EXHIBIT LIST** |
| v. | ) Trial: July 18, 2014 |
| CARLOS BONILLA IRAHETA, and CARLOS DEMARTINI, | ) Court: Hon. Lucy H. Koh |
| Defendants. | ) |

    The United States may offer the exhibits set forth on the attached list at the trial of this case.

DATED: June 18, 2014

                                    Respectfully submitted,
                                      MELINDA HAAG
                                      United States Attorney

                                      ___/s/_____
                                      JEFF SCHENK
                                      AMBER ROSEN
                                      Assistant United States Attorney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No.:   CR-12-00268-LHK         Date: July 18, 2014

United States of America  vs.  Carlos Bonilla Iraheta and Carlos DeMartini

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| 1. | | | 2/5/2008 search warrant of DeMartini van photographs |
| 2. | | | 2/5/2008 search warrant of DeMartini van items recovered |
| 3. | | | 2/5/2008 search warrant of DeMartini van evidence log (CT000015-16) |
| 4. | | | 2/5/2008 search warrant of DeMartini house "Wellington address" photographs |
| 5. | | | 2/5/2008 search warrant of DeMartini house "Wellington address" items recovered |
| 6. | | | 2/5/2008 search warrant of DeMartini house "Wellington address" evidence log (CT000013-14) |
| 7. | | | 2/5/2008 search warrant of DeMartini business "Mission Street" photographs |
| 8. | | | 2/5/2008 search warrant of DeMartini business "Mission Street" items recovered |
| 9. | | | 2/5/2008 search warrant of DeMartini business "Mission Street" evidence log (CT000012) |
| 10. | | | Paper containing phone numbers for "Napoles" and "Carlos" (CT000132) |
| 11. | | | 2/7/2008 search warrant of San Francisco warehouse located at 2000 McKinnon photographs |
| 12. | | | 2/7/2008 search warrant of San Francisco warehouse located at 2000 McKinnon items recovered |
| 13. | | | 2/7/2008 search warrant of San Francisco warehouse located at 2000 McKinnon evidence log (CT000032-34) |
| 14. | | | 2/21/2008 search warrant of Iraheta/Rodriguez house located on Vista Grande photographs |
| 15. | | | 2/21/2008 search warrant of Iraheta/Rodriguez house located on Vista Grande items recovered (CT000089-99) |
| 16. | | | 2/21/2008 search warrant of Iraheta/Rodriguez house located on Vista |

| EXHIBIT NUMBER | DATE Marked for Identification | DATE Admitted in Evidence | DESCRIPTION |
|---|---|---|---|
| | | | Grande evidence log (CT000100-104) |
| 17. | | | Photo lineup shown to Stanly Gu on 2/8/08 (CT000054) |
| 18. | | | |
| 19. | | | |
| 20. | | | Maxell theft documents (including Kyowa Sonic documents) (CT000268-275) |
| 21. | | | Corona beer theft documents (including Fairn and Swanson documents) (CT000211-214, 299) |
| 22. | | | Corporate Express theft documents (CT000129-138, 254-257, and 259-267) |
| 23. | | | Tamko Roofing theft documents (CT000276) |
| 24. | | | Photograph of stolen television (CT000059) |
| 25. | | | Crate and Barrel theft documents (CT000221-244, 307-333) |
| 26. | | | The Home Depot theft documents (CT000123-124) |
| 27. | | | Craigslist advertisement for Keter Apex shed (CT000352-353) |
| 28. | | | Jesus Orozco plea agreement |
| 29. | | | Video recording of interview with Jesus Orozco |
| 30. | | | 4/20/10 search warrant of Santa Clara warehouse located at 4950 Patrick Henry photographs |
| 31. | | | 4/20/10 search warrant of Santa Clara warehouse located at 4950 Patrick Henry items recovered |
| 32. | | | 4/20/10 search warrant of Santa Clara warehouse located at 4950 Patrick Henry evidence log |
| 33. | | | Photo lineup shown to Jose Luis Martinez (CT000590-593) |
| 34. | | | Photo lineup shown to Leo Maciel (CT000586-589) |
| 35. | | | Lathrup wine theft documents (CT000290, 396-410, 444-457) |
| 36. | | | Benicia wine theft documents |
| 37. | | | Keter Apex shed theft documents (CT000463-465) |
| 38. | | | AAFES "military items" theft documents (CT000426-434) |
| 39. | | | Clorox theft documents (CT000511-518, 524-525) |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | Marked for Identification | Admitted in Evidence | |
| 40. | | | Arizona Iced Tea theft documents (CT000530-532) |
| 41. | | | Restoration Hardware theft documents (CT000502-507) |
| 42. | | | 6/22/10 search warrant of Morgan Hill containers located on Laurel Road photographs |
| 43. | | | 6/22/10 search warrant of Morgan Hill containers located on Laurel Road items recovered |
| 44. | | | 6/22/10 search warrant of Morgan Hill containers located on Laurel Road evidence log (CT000570) |
| 45. | | | Cesar Martinez-Ramirez plea agreement |
| 46. | | | 4/22/10 Santa Clara warehouse surveillance "Whiskey load" photographs |
| 47. | | | 4/22/10 Santa Clara warehouse surveillance "Whiskey load" items recovered |
| 48. | | | Canadian Mist theft documents (CT000543-546) |
| 49. | | | Video recording of off-loading of Whiskey at Santa Clara warehouse |
| 50. | | | Storage PRO documents (CT000618-635) |
| 51. | | | Photo lineup shown to Cesar Carranza (CT000616) |
| 52. | | | Storage PRO video |
| 53. | | | 11/30/10 search warrant of Storage PRO photographs |
| 54. | | | 11/30/10 search warrant of Storage PRO items recovered |
| 55. | | | 11/30/10 search warrant of Storage PRO evidence log |
| 56. | | | 11/30/10 search warrant of Martinez-Ramirez box truck photographs |
| 57. | | | 11/30/10 search warrant of Martinez-Ramirez box truck items recovered |
| 58. | | | 11/30/10 search warrant of Martinez-Ramirez box truck evidence log |
| 59. | | | Big 5 theft documents(CT000767-816) |
| 60. | | | Firearms nexus documents (CT002018-2028) |
| 61. | | | Glass jar theft photographs of truck and Chevy Tahoe (CT002293-2327) |
| 62. | | | Iraheta prior conviction documents from Alameda County (CT____) |
| 63. | | | Metro PCS phone records (CT001627-2000) |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 64. | | | Metro PCS "Ping" summary charts (CT___) |
| 65. | | | Metro PCS "Ping" summary map |
| 66. | | | Wine Quilt Document (CT000289) |
| 67. | | | Shoe print expert report (CT002235-2246) |
| 68. | | | Sprint PCS phone records (Orozco) |
| 69. | | | T Mobile phone records (Rodriguez) |
| 70. | | | ATT phone records (Martinez-Ramirez) |
| 71. | | | |
| 72. | | | |
| 73. | | | |
| 74. | | | |
| 75. | | | |
| 76. | | | |
| 77. | | | |
| 78. | | | |
| 79. | | | |
| 80. | | | |
| 81. | | | |
| 82. | | | |
| 83. | | | |
| 84. | | | |
| 85. | | | |
| 86. | | | |
| 87. | | | |
| 88. | | | |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 89. | | | |
| 90. | | | |
| 91. | | | |
| 92. | | | |
| 93. | | | |
| 94. | | | |
| 95. | | | |
| 96. | | | |
| 97. | | | |
| 98. | | | |
| 99. | | | |
| 100. | | | |
| 101. | | | |
| 102. | | | |
| 103. | | | |
| 104. | | | |
| 105. | | | |
| 106. | | | |
| 107. | | | |
| 108. | | | |
| 109. | | | |
| 110. | | | |
| 111. | | | |
| 112. | | | |
| 113. | | | |
| 114. | | | |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | Marked for Identification | Admitted in Evidence | |
| 115. | | | |
| 116. | | | |
| 117. | | | |
| 118. | | | |
| 119. | | | |
| 120. | | | |
| 121. | | | |
| 122. | | | |
| 123. | | | |
| 124. | | | |
| 125. | | | |
| 126. | | | |